## IN THE SUPREME COURT OF THE STATE OF NEVADA

NANCY LORD; AND ANNETTE
OSTERHOUDT,
Petitioners,
vs.
JUSTICE COURT PAHRUMP
TOWNSHIP, DEPT. B; AND NYE
COUNTY DISTRICT ATTORNEY,
Respondents.

No. 69621

**FILED**

MAR 17 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus and writ of habeas corpus. Petitioners seek an order directing their release from custody and their animals returned. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; *see also* NRAP 22. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Nancy Lord
Annette Osterhoudt
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

16-08503